**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

**Civil Action No.: 13-cv-02292-RM-KMT**

PETER SCIFO,

       Plaintiff,

v.

DENVER DRYWALL COMPANY, a Colorado Corporation,
BRUCE MILLER, in his individual and corporate capacity, and
GREGG MILLER, in his individual and corporate capacity,

       Defendants.

---

**ORDER GRANTING JOINT MOTION AND STIPULATION FOR DISMISSAL**

---

The Court, having reviewed the Joint Motion to Dismiss With Prejudice (ECF No. 22) and being fully advised, hereby ORDERS as follows:

1. The parties' Joint Motion to Dismiss is GRANTED;

2. The above-captioned matter is DISMISSED WITH PREJUDICE; and

3. Each party shall bear his/her or its own costs and attorneys' fees.

Dated this 1st day of July, 2014.

                                                        BY THE COURT:

                                                        _____
                                                        RAYMOND P. MOORE
                                                       United States District Judge